FILED
AUG 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> PABLO MADRIS-QUINTANA,          )<br>                                )<br>          Defendant.            )<br>_____) | Criminal Case No. 08CR2646-JLS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant PABLO MADRIS-QUINTANA, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 94.68 kilograms (208.29 pounds)(net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2008

KAREN P. HEWITT
United States Attorney

for JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
7/29/08